**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-01293-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** August 24, 2011 | Deputy Clerk, Nick Richards |
| BOLSA RESOURCES, INC., an Arizona corporation, | Fritz William Ganz<br>Robin Libow<br>Anthony Warnaars present with counsel |
| Plaintiff, | |
| v. | |
| AGC RESOURCE, INC., a Nevada corporation,<br>ALPACA RESOURCES, INC., an Ontario, Canada corporation,<br>INTERNATIONAL AMERICAN RESOURCES, INC., a Colorado corporation,<br>MARTIN RESOURCES, INC., a Colorado corporation,<br>SALZBURG HOLDINGS, LLC, a Colorado limited liability company,<br>DAVID STAFFORD JOHNSON, a Colorado resident,<br>STEPHEN B. DOPPLER, a Colorado resident,<br>FREDERIK W. WARNAARS, a Colorado resident,<br>ADAM SZWERAS, an Ontario, Canada resident,<br>YANNIS BANKS, an Ontario, Canada resident,<br>FOUNDATION MARKETS, INC., an Ontario, Canada corporation,<br>ARIZONA-ALPACA RESOURCES CORP., a Nevada corporation,<br>SOGC RESOURCES CORP., a Nevada corporation,<br>JNS MINERAL HOLDING CORP., a Nevada corporation, and<br>JEREMY GOLDMAN, an Ontario, Canada resident, | William David Byassee<br>Lara Sarah Nochomovitz<br>David R. Hammond<br>T.J. Carney<br>Kevin D. Allen<br>Natalie Elizabeth West |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 9:07 a.m.**
Court calls the case. Appearances of counsel.

* Opening statements by the Court regarding District Judge Marcia S. Krieger's Practice Standards located at www.cod.uscourts.gov. *

The Court hears arguments on Plaintiff's Motion for Leave to Conduct Limited Jurisdictional Discovery and for Enlargement of Time to Respond to Defendant, Jeremy Goldman's Motion to Dismiss [Doc. No. 56, filed July 18, 2011].

It is **ORDERED:**   Plaintiff's Motion for Leave to Conduct Limited Jurisdictional Discovery and for Enlargement of Time to Respond to Defendant, Jeremy Goldman's Motion to Dismiss [56] is **GRANTED**.  Any discovery that directly addresses the allegations made in Mr. Goldman's declaration [Doc. No. 52-1, filed July 8, 2011] are allowed for jurisdictional discovery and will not count against normal discovery limitations.  Questions directed at Mr. Goldman's role, if any, in the alleged conspiracy is merits discovery and will count against discovery limitations.

Jurisdictional discovery regarding Mr. Goldman's declaration will be submitted to the various parties on or before August 26, 2011.  Defendant's will respond on or before October 14, 2011.  Plaintiff will reply on or before November 4, 2011.

It is **ORDERED:**   The deposition of Mr. Goldman as part of the jurisdictional discovery process will be held via telephone or by video conference.  No counsel may appear in person at the deposition without prior authorization from the court.  Should Mr. Goldman's attorney desire to appear in person with his client for the deposition, however, any other counsel may also chose to appear in person.  In that event, the deposition will still proceed via telephone or video conference for the benefit of counsel who wish to forego the expense of travel to appear in person.

The Court hears discussion on e-discovery issues regarding the retrieval of personal emails and the production of documents in native format.  Electronic discovery will be produced in native format whenever possible.  If the discovery is not produced in native format it will be because the native form of the document is not available.

[**XX**]   Scheduling Order entered (as amended).

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: October 10, 2011
Discovery Cut-off: February 20, 2012
Dispositive Motions Deadline: July 3, 2012
Each party group shall be limited to 6 expert witnesses.
Disclosure of Affirmative Experts: December 23, 2011
Disclosure of Rebuttal Experts: January 23, 2012
Written Discovery shall be served no later than 33 days prior to discovery cut-off.
Each party group as defined by the parties in Section 8(c) of the Proposed Scheduling Order, shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each party group shall be limited to the number and length of depositions prescribed in the Scheduling Order.

**NO SETTLEMENT CONFERENCE** is set at this time.

**FINAL PRETRIAL CONFERENCE** will be set by District Judge Marcia S. Krieger.

TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge Marcia S. Krieger.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 10:40 a.m.**
Total In-Court Time:   01:33        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.