IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01293–MSK–KMT

BOLSA RESOURCES, INC., an Arizona corporation,

      Plaintiff,

v.

AGC RESOURCE, INC., a Nevada corporation,
ALPACA RESOURCES, INC., an Ontario, Canada corporation,
INTERNATIONAL AMERICAN RESOURCES, INC., a Colorado corporation,
MARTIN RESOURCES, INC., a Colorado corporation,
SALZBURG HOLDINGS, LLC, a Colorado limited liability company,
DAVID STAFFORD JOHNSON, a Colorado resident,
STEPHEN B. DOPPLER, a Colorado resident,
FREDERIK W. WARNAARS, a Colorado resident,
ADAM SZWERAS, an Ontario, Canada resident,
YANNIS BANKS, an Ontario, Canada resident,
FOUNDATION MARKETS, INC., an Ontario, Canada corporation,
ARIZONA-ALPACA RESOURCES CORP., a Nevada corporation,
SOGC RESOURCES CORP., a Nevada corporation,
JNS MINERAL HOLDING CORP., a Nevada corporation, and
JEREMY GOLDMAN, an Ontario, Canada resident,

      Defendants.

---

**ORDER**

---

This matter comes before the Court upon the Unopposed Motion of Defendant AGC

Resource Corp. to Modify Protective Order (Doc. No. 120), and the Court having considered

said motion, hereby orders as follows:

1.      The Unopposed Motion of Defendant AGC Resource Corp. to Modify Protective Order (Doc. No. 120)  is granted.

2.      Paragraph 10 of the Protective Order in this action shall be modified to allow the use of documents and information designated as "confidential" in the Arizona quiet title action now pending in Cochise County, Arizona, subject to the other provisions governing confidential information set forth in the Protective Order.

Dated this 16th day of December, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge