IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01293–MSK–KMT

BOLSA RESOURCES, INC., an Arizona corporation,

    Plaintiff,

v.

AGC RESOURCE, INC., a Nevada corporation,
ALPACA RESOURCES, INC., an Ontario, Canada corporation,
INTERNATIONAL AMERICAN RESOURCES, INC., a Colorado corporation,
MARTIN RESOURCES, INC., a Colorado corporation,
SALZBURG HOLDINGS, LLC, a Colorado limited liability company,
DAVID STAFFORD JOHNSON, a Colorado resident,
STEPHEN B. DOPPLER, a Colorado resident,
FREDERIK W. WARNAARS, a Colorado resident,
ADAM SZWERAS, an Ontario, Canada resident,
YANNIS BANKS, an Ontario, Canada resident,
FOUNDATION MARKETS, INC., an Ontario, Canada corporation,
ARIZONA-ALPACA RESOURCES CORP., a Nevada corporation,
SOGC RESOURCES CORP., a Nevada corporation,
JNS MINERAL HOLDING CORP., a Nevada corporation, and
JEREMY GOLDMAN, an Ontario, Canada resident,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend Scheduling Order" (Doc. No. 171, filed March 29, 2012) is GRANTED. The Scheduling Order is amended as follows:

    a.    The deadline for disclosure of affirmative experts is extended to April 23, 2012;

  b.  The deadline for disclosure of rebuttal experts is extended to May 23, 2012;

  c.  The exception to the discovery cutoff is preserved only for depositions of expert witnesses; and

  d.  The deadline for disclosure of affirmative experts in support of Bolsa's claims of professional negligence and breach of fiduciary duty against Johnson is extended to 10 days after the transcript of the deposition of Johnson, and the deadline for disclosure of rebuttal experts relating to these claims is extended until 30 days after Bolsa's affirmative expert disclosure.

Dated: March 30, 2012