# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Honorable Marcia S. Krieger

Civil Action No. 11-cv-01293-MSK-KMT

**BOLSA RESOURCES, INC.,**

      Plaintiff,

v.

**SALZBURG HOLDINGS, LLC, and**
**STEPHEN B. DOPPLER,**

      Defendants.

---

## OPINION AND ORDER ADOPTING RECOMMENDATION AND GRANTING IN PART MOTION FOR DEFAULT JUDGMENT

---

      **THIS MATTER** comes before the Court pursuant to the Magistrate Judge's August 28, 2014 Recommendation **(# 318)** that the Plaintiff's Motion for Default Judgment **(# 310)** against Defendants Salzburg Holdings, LLC and Stephen B. Doppler be granted in part and denied in part. No party has filed Objections to the Recommendation.

      Consistent with the otherwise applicable *de novo* standard of review under Fed. R. Civ. P. 72(b), the Court has considered the comprehensive Recommendation and underlying motion and, upon such *de novo* review, reaches the same conclusions for the same reasons given by the Magistrate Judge. Accordingly, the Court **ADOPTS** the Recommendation **(# 318)** in its entirety and **GRANTS IN PART** and **DENIES IN PART** the Plaintiff's Motion for Default Judgment **(# 310)**. The Court will enter judgment by default against the Defendants on Claims I, II, VI, IX, X, XI, and II, in the total amount of $ 33 million, and dismiss Claims IV, V, VIII, XIII, and XIV

and all Counterclaims asserted by the Defendants.  The Plaintiff may seek an award of attorney fees consistent with Fed. R. Civ. P. 54(d)(2).

It appearing that there are no remaining claims asserted against any Defendants, the Clerk of the Court shall close this case.

Dated this 30th day of September, 2014.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge